BRAUER *v.* MITCHELL.

BROKERS—COMMISSION—PERFORMANCE BY BUYER.
     Plaintiff real estate broker was entitled to commission where record supported trial court's finding that buyer was always ready to perform agreement.

Appeal from Washtenaw, Breakey (James R., Jr.), J. Submitted Division 2 May 8, 1968, at Lansing. (Docket No. 2,835.) Decided May 31, 1968. Leave to appeal denied October 3, 1968. See 381 Mich 781.

Complaint by Carl A. Brauer against Ronald E. Mitchell and Diane A. Mitchell for a real estate

---

REFERENCE FOR POINTS IN HEADNOTE
12 Am Jur 2d, Brokers §§ 157, 183, 248.

commission.    Judgment for plaintiff.    Defendants appeal.    Affirmed.

*Crippen, Dever & Urquhart,* for plaintiff.

*Jack J. Garris,* for defendants.

PER CURIAM.    Plaintiff broker sued defendant seller for a real estate commission and had a judgment for $17,700.    Defendant appeals.

By sales agreement, defendant seller agreed to pay plaintiff broker a real estate commission.    The trial court found, and the record supports the finding, that the buyer was always ready to perform the agreement and the broker is entitled to his commission.

Affirmed.    Costs to appellee.

LESINSKI, C. J., and QUINN and MOODY, JJ., concurred.